Case 1:95-cr-00367-JAL   Document 331   Entered on FLSD Docket 03/03/1997   Page 1 of 4

AO 245 S (Rev. 4/90)(S.D.Fla. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA

v.

**MITCHELL HAMMER**
**Register No. 48828-004**
Defendant.

Case Number: 95-367-CR-FERGUSON

Adrienne Rabinowitz, Assistant U.S. Attorney
Stephen Petri, Assistant U.S. Attorney

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, MITCHELL HAMMER, was represented by Scott Srebnick.

On motion of the United States the court has dismissed all remaining counts.

The defendant pleaded guilty to count(s) 1, 71 and 83. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 371 | Conspiracy to Commit Bank Fraud Securities Fraud, Money Laundering, and Making False Statements in a Bankruptcy Proceeding | 5/93 | 1 |
| 18 USC 1956 | Money Laundering | 6/26/92 | 71 |
| 18 USC 152 | Making False Statements in a Bankruptcy Proceeding | 5/18/93 | 83 |

As pronounced on **February 28, 1997**, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $150.00, for count(s) 1, 71 and 83 of the indictment, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 28TH day of February, 1997.

**WILKIE D. FERGUSON, JR.**
**UNITED STATES DISTRICT JUDGE**

Defendant's SSAN: 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
Defendant's Date of Birth: 6/19/52
Defendant's address: 3576 Coral Springs Drive, Coral Springs, Florida 33065

AO 245 S (Rev. 4/90)(S.D.Fla. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 4

Defendant: MITCHELL HAMMER
Case Number: 95-367-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SIXTY (60) MONTHS AS TO COUNTS 1 and 83, ONE HUNDRED and EIGHT (108) MONTHS AS TO COUNT 71, TO RUN CONCURRENTLY.**

The Court makes the following recommendations to the Bureau of Prisons: **1. DEFENDANT TO RECEIVE CREDIT FOR TIME SERVED AS APPLICABLE BY STATUTE. 2 DEFENDANT TO BE DESIGNATED TO A MINIMUM SECURITY FACILITY, FEDERAL PRISON CAMP, MIAMI.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **MONDAY, JUNE 30, 1997.**

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Case 1:95-cr-00367-JAL   Document 331   Entered on FLSD Docket 03/03/1997   Page 3 of 4

AO 245 S (Rev. 4/90)(S.D.Fla. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 4

Defendant: MITCHELL HAMMER
Case Number: 95-367-CR-FERGUSON

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS AS TO COUNTS 1, 71 AND 83 OF THE INDICTMENT, TO RUN CONCURRENT.**

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not own or possess a firearm or destructive device.

4. The defendant shall not engage in any business that offers securities, investments or business opportunities to the public. The defendant is further prohibited from engaging in telemarketing, direct mail or national advertising campaigns for business purposes.

5. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer.

6. The defendant shall be required to provide full financial disclosure to the probatoin officer as requested.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:95-cr-00367-JAL   Document 331   Entered on FLSD Docket 03/03/1997   Page 4 of 4

AO 245 S (Rev. 4/90)(S.D.Fla. rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page 4 of 4

Defendant: MITCHELL HAMMER
Case Number: 95-367-CR-FERGUSON

## RESTITUTION AND FORFEITURE

### RESTITUTION

The defendant shall make restitution in the amount of $250,000.00 to the following persons on a pro rata basis:

**NAME OF PAYEE**

Bank of America
(Continental Bank)
231 South Lasalle Street
Chicago, IL 60697
Attention: Edward Hall

Mollie Shapiro
North Park Retirement Center
2480 North Park Road
Hollywood, FL 33021

Frederic Vechery
2740 N.W. 106th Avenue
Coral Springs, FL

Albert F. Margus
621 S.W. Maypop Court
Boca Raton, FL

Harvey Gaffen
3049 Maple Leaf Drive
Glenview, IL 60025

Vincent O. Vila
104 Warley Circle
Cary, NC 27513

Solomon Brown
8285 Sentinse Chase Drive
Roswell, GA 30076

Andrew Restivo
599 N.W. 10th Court
Boca Raton, FL

Fred Pelletier
9200 Park Boulevard, #302
Seminole, FL

Charles B. Ganz
Ganz Capital Management, Inc.
2875 N.W. 191st Street, PH 1
North Miami Beach, FL 33180

Nicholas Maounis
River Road International
99 River Road
Cos Cob, CT 06807

Alan Winters
Kingdom Capital Management, Inc.
152 West 57th Street
New York, NY 10019