UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-367-CR-LENARD

**UNITED STATES OF AMERICA,**

   Plaintiff,

vs

**MITCHELL HAMMER,**

   Defendant.
_____/

### ORDER GRANTING MOTION AND AMENDING JUDGMENT AND COMMITMENT

**THIS CAUSE** came before this Court on the Defendant's, MITCHELL HAMMER, Unopposed Motion Requesting Modification of Supervised Release Conditions (D.E. #374) and the Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Judgment and Commitment is modified to include the following changes:

1.   **During the period of supervised release, the defendant shall remit monthly, the greater of one hundred dollars ($100.00) or ten percent (10%) of his gross earnings, no later than the tenth day of the following month, to the designated U.S. Probation Officer, together with a monthly summary of copies of checks confirming income earned, to support the remitted amount.**

All conditions of the original Judgment and Commitment shall remain the same.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, in Miami, Florida this ___11___ day of March 2004.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

copies furnished to:
Steven Petri, AUSA
Mitchell Hammer, Pro Se

Reg. No. 48828-004
Federal Prison Camp
P.O. Box 779800
Miami, FL 33177-0200