UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-367-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MITCHELL HAMMER,

    Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion for Early Termination of Supervised Release, DE 378.  The Court being fully advised, it is ORDERED that the motion is Granted.  The term of Supervise Release is hereby **terminated.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this  29   day of November, 2007.

                                                  JOAN A. LENARD
                                      UNITED STATES DISTRICT JUDGE

c:    Counsel of Record
      Glenn Kohlhepp, USPO