UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-0367-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MITCHELL HAMMER,

**SATISFACTION OF JUDGMENT**

    Defendant.
_____/

The fine/restitution in the amount of $250,000.00 and a special assessment in the amount of $150.00 having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully Submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

s/Elizabeth Ruf Stein

Date: January 9, 2008    By:  ELIZABETH RUF STEIN (354945)
ASSISTANT U.S. ATTORNEY
Elizabeth.Stein@usdoj.gov

This Instrument Was Prepared By:  99 N.E. FOURTH STREET
Miami, Florida 33132
Tel No: (305) 961-9313
Fax No: (305) 530-7195
Attorney for the Plaintiff